BEFORE THE SECOND DIVISON, AUGUST 19, 1964

**No. 68739.**—Ford Motor Company v. United States, protests 64/1422, 64/2924 and 64/2928 (Detroit).

Opinion by RAO, J. In accordance with oral stipulation of counsel that the metal parts in question are similar in all material respects to those the subject of *United States* v. *Ford Motor Company* (51 CCPA 22, C.A.D. 831), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, AUGUST 19, 1964

**No. 68740.**—Madison Import Corp. v. United States, protest 63/8576 (Los Angeles).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the applicable customs regulations have now been complied with and following *United States* v. *Gruen Watch Co.* (23 CCPA 183, T.D. 48029), the claim of the plaintiff was sustained.